In the Matter of the Claim of JOHN ROCHFORD, Respondent, against ARONBERG-FRIED Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROSE DANSON, Respondent, against NEW YORK RAILWAYS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CONRAD UNSELD, Respondent, against SLOANE & MOLLER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ALICE CROWELL, Respondent, against AMERICAN FRUIT GROWERS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HENRIETTA CRISP, Respondent, v. J. W. GLENN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased was an independent contractor. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents.

In the Matter of the Claim of MARY E. STEINRICH, Respondent, against MARTIN PASTERNAK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LILLIAN MORRIS, Respondent, against UNITED TRACTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of LAURA SELONICK, Respondent, against JOE LOWE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that the general sales manager of the employer testified that the employer had suggested to the sales agent, who was killed, that he attend the meeting of the Majestic Bakers Association that evening, that it would be well " to see all of the trade and cover them under contract on eggs; " and it appears that the agent was so engaged in the business of the employer at the time he was killed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.